FRANK FINN, as Administrator, etc., of HELEN FINN, Deceased, Respondent, v. GIESEN & SHANKMAN CLEANING & DYEING WORKS, INC., Appellant.— Judg-

ment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.